UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* MICHAEL O'CONNOR and
CELIA RUMANN,

    Plaintiffs,

v.

ARIZONA SUMMIT LAW SCHOOL,
LLC, et al.,

    Defendants.

Case No. 15-CV-1351-J-39JBT

FILED IN CAMERA AND
UNDER SEAL

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relators Michael O'Connor and Celia Rumann hereby dismiss this action WITHOUT PREJUDICE. As required for voluntary dismissal under Rule 41(a)(1)(A)(i), Defendants have neither filed an answer nor moved for summary judgment. The False Claims Act requires that the government give written consent prior to the dismissal of an action. 31 U.S.C. § 3730(b)(1). The United States has advised Relators' counsel that it will file a separate notice indicating their consent to dismissal.



Dated: February 16, 2018

                Respectfully submitted,

                JAMES HOYER, P.A.

                By: s/ Jesse L. Hoyer
                    Jesse L. Hoyer
                    FL Bar No.: 076934
                    jlhoyer@jameshoyer.com
                    2801 West Busch Blvd, Ste. 200
                    Tampa, Florida 33618
                    Phone: (813) 375-3700
                    Fax: (813) 375-3710

                    Brendan E. Little
                    *blittle@levylaw.com*
                    LEVY KONIGSBERG LLP
                    800 Third Ave., 11th Floor
                    New York, NY 10022
                    Phone: (212) 605-6200
                    Fax: (212) 605-6290

                    Attorneys for the Relator