IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. MICHAEL O'CONNOR and
CELIA RUMANN,

    Plaintiffs,

vs.

ARIZONA SUMMIT LAW
SCHOOL, LLC, et al.,

    Defendants.

Case No. 15-cv-1351-J-39JBT

FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)

## UNITED STATES OF AMERICA'S
## NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE

The United States of America respectfully files this Notice consenting to the dismissal of this case without prejudice as to the United States. The *qui tam* Relators filed a notice of voluntary dismissal of the complaint on February 16, 2018. Under 31 U.S.C. § 3730(b)(1) of the False Claims Act, dismissal of an action brought on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act requires the written consent of the Attorney General.

Accordingly, the United States hereby notifies the Court that the United States consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relators' Complaint, the Relators' Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: March 21, 2018

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Jeremy R. Bloor
JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
Office of the United States Attorney
Middle District of Florida
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2018, true and correct copies of the foregoing United States' Notice of Consent to Dismissal without Prejudice and proposed order were served by first-class mail, postage pre-paid, on the following counsel of record:

Brendan E. Little
Alan J. Konigberg
Levy Konigsberg LLP
800 Third Avenue, 11th Fl.
New York, NY 10022

Jesse L. Hoyer
Elaine Stromgren
James Hoyer Law Firm
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

Jeremy R. Bloor
Assistant United States Attorney