UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA ex rel., MICHAEL O'CONNOR, and CELIA RUMANN,

    Plaintiffs,

vs.

Case No. 3:15-cv-1351-J-39JBT

ARIZONA SUMMIT LAW SCHOOL, LLC, et al.,

    Defendants.

## ORDER

This qui tam case is before the Court on the United States of America's Notice of Consent to Dismissal Without Prejudice, filed under seal on March 21, 2018. (Doc. S-26; Notice). On February 20, 2018, the Relators filed under seal a Notice of Voluntary Dismissal. (Doc. S-25). In the Notice, pursuant to 31 U.S.C. § 3730(b)(1), the United States of America consents to the dismissal of this case without prejudice as to the United States. Notice at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is **directed** to lift the seal on the Relators' Complaint (Doc. S-4), Relators' Notice of Voluntary Dismissal (Doc. S-25), the United States of America's Notice of Consent to Dismissal Without Prejudice (Doc. S-26), this Order, and

any subsequent filings in this case. The Clerk of the Court is further directed to terminate all pending motions and close the file.

DONE AND ORDERED in Jacksonville, Florida, this 26th day of March, 2018.

BRIAN J. DAVIS
United States District Judge

va
Copies furnished to:

Counsel of Record